## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Case No. 09-31833-lmw | ) | Chapter 13 Proceeding |
| | ) | |
| Carol A. Griffin | ) | |
|     Debtor | ) | |
| | ) | |
| US Bank N.A. | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Carol A. Griffin | ) | |
| and Molly T. Whiton, Trustee | ) | |
|     Respondent | ) | September 23, 2010 |

### MOTION TO DISMISS

The Movant, US Bank N.A., moves this Court to enter an order granting its Motion to Dismiss upon the following grounds:

1.    On February 14, 2005, Carol A. Griffin (hereinafter, and collectively if more than one, the "Debtor") executed a promissory note in the original principal amount of $109,200.00 in favor of Washington Mutual Bank, FA.

2.    To secure said note, the Debtor mortgaged to Washington Mutual Bank, FA, the premises known as 29 Myrna Avenue, Waterbury, Connecticut by virtue of a mortgage, dated February 14, 2005 and recorded February 15, 2005 in Volume 5265 at Page 336 of the Waterbury Land Records. Washington Mutual Bank, FA assigned said note and mortgage to US Bank N.A. by virtue of an assignment, recorded in Volume 5265 at Page 348of the

Waterbury Land Records.  The Movant is entitled to enforce said note and mortgage.

3.  On, July 6, 2009 the Debtor filed a bankruptcy petition under Chapter 13 of the United States Bankruptcy Code bearing case number 09-31833-lmw.

4.  There is one outstanding post-confirmation payment required by the Debtor's confirmed plan dated July 6, 2009 and amended on August 12, 2010, pursuant to said note and mortgage.

5.  The Debtor's above-referenced bankruptcy proceeding should be dismissed pursuant to 11 U.S.C.§ 1307 (c)(6), as the Debtor has defaulted with respect to a term of a confirmed plan.

WHEREFORE, the Movant respectfully requests this court to dismiss the above-referenced bankruptcy case.

US Bank N.A.

By */s/ Andrew S. Cannella*
Andrew S. Cannella
The Movant's Attorney
Federal Bar No.ct13590
Bendett & McHugh, P.C.
160 Farmington Avenue
Farmington, CT 06032
Phone (860) 677-2868
Fax (860) 677-4549
Email: BKECF@bmpc-law.com